AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia  ▼

| | |
|---|---|
| Jeremy Nicholl | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-00563 |
| Security Studies Group | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Security Studies Group
c/o Registered Agent
James R. Hanson
2776 Arlington Mill Road
Unit # 198
Arlington, VA 22206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul S. Schleifman
SCHLEIFMAN LAW, PLC
1001 19th Street North, Suite 1200
Arlington, VA 22209
pschleifman@schleifmanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/06/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:21-cv-00563-TSE-MSN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Security Studies Group** was received by me on *(date)* **June 28, 2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **James R. Hanson, Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Security Studies Group** on *(date)* **Tuesday, June 29, 2021**; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ **00.00** for travel and $ **91.30** for services, for a total of $ **91.30**.

I declare under penalty of perjury that this information is true.

Date: **July 1, 2021**

*Patrice Rehrig*
Server's signature

**Patrice Rehrig • Private Process Server**
Printed name and title

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300

Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 29, 2021, 9:24 am EDT at Home: 2765 Fort Scott Dr, Arlington, VA 22202 received by Security Studies Group c/o Registered Agent James R. Hanson. Age: 56; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'11"; Hair: Black; Eyes: Brown; Other: Thin build, receding top hair line;

**Recipient accepted paperwork personally.**