# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Jeremy Nicholl | ) | |
| | ) | |
| | ) | |
| v.      Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.   1:21-cv-00563 |
| | ) | |
| Security Studies Group | ) | |
| | ) | |
| Defendant, | | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of, counsel of Paul Steven Schleifman record for plaintiff, the Clerk of this Court does hereby enter the default against Security Studies Group, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY: /s/
Lauren Bergamine,
DEPUTY CLERK

DATED:  07/30/2021