Case 1:21-cv-00563-TSE-JFA   Document 11   Filed 02/07/22   Page 1 of 2 PageID# 219

Chambers of the Honorable John F. Anderson
United States District Court
401 Courthouse Square
Alexandria, VA 22314

Hasler
01/26/2022
US POSTAGE $00.53⁰

FIRST-CLASS MAIL

ZIP 22314
011D11648117

RTS
not @ address

US MARSHALS SERVICE

RECEIVED MAILROOM
FEB -1 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Security Studies Group
c/o Registered Agent, James R. Hanson
2776 Arlington
Unit #198
Arlington, V

NIXIE        207    FE 1         0002/03/22
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

UTF   BC: 22314570499    *1992-10261-26-42

22314>5704
222063402 C002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEREMY NICHOLL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21cv00563 (TSE/JFA) |
| ) | |
| SECURITY STUDIES GROUP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the court on plaintiff's motion for default judgment. (Docket no. 8). Plaintiff's motion was filed without a certificate of service indicating that a copy of the pleadings was mailed to defendant and without a notice of hearing. For these reasons, it is hereby

ORDERED that plaintiff shall file a notice of hearing on its motion for default judgment for 10:00 a.m. on any Friday more than one week after copies of the notice of hearing, motion, and memorandum in support have been mailed to defendant. Plaintiff shall file a certificate of service confirming that defendant has been served with a copy of these pleadings.

Entered this 26th day of January, 2022.

                                                                                                                  /s/

John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia