# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Jeremy Nicholl )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Security Studies Group )<br>)<br>  Defendant. ) | Civil Action No. 1:21cv563 |

## JUDGMENT

Pursuant to the order of this Court entered on May 26, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Jeremy Nicholl, and against the Defendant, Security Studies Group, in the amount of $25,463.29.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
   Dana Van Metre
   Deputy Clerk

Dated: 5/27/2022
Alexandria, Virginia